, 9754.   SMITH v. FISHER.

JENKINS, J.  This case is controlled by the ruling made by this court in
  *McAnally* v. *Bank of Abbeville*, 22 *Ga. App.* 178 (95 S. E. 737), where
  the facts were similar.  It was not error to refuse the grant of a new
  trial on the ground of the movant's absence on account of sickness at
  the time the case was tried; it appearing that, even though the movant
  was represented at the trial, no motion for continuance was then made,
  and it not being made to appear that the movant was at that time
  unable, by the exercise of due diligence, to communicate the fact of
  his illness to the court or his attorney.  In this case it appears that
  the movant had ample opportunity to inform the court or his attorney
  of his sickness, and failed to do so merely because he was under the
  impression that the case would not be called.  See also *Burton* v. *Ether-
  idge*, 19 *Ga. App.* 511 (91 S. E. 927).

*Judgment affirmed.   Wade, C. J., and Luke, J., concur.*
DECIDED JANUARY 15, 1919.

Mortgage foreclosure; from city court of Floyd county—Judge
Nunnally.  May 4, 1918.

*F. W. Copeland,* for plaintiff in error.

*Maddox & Doyal,* contra.